[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 22, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-14316
Non-Argument Calendar

_____

D. C. Docket No. 07-20249-CR-MGC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARTIN BERNARD GASPARD,
a.k.a. Martin Stevens,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(May 22, 2008)

Before ANDERSON, HULL and WILSON, Circuit Judges.

PER CURIAM:

Miguel Caridad, appointed counsel for Martin Gaspard, has moved to

withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gaspard's conviction and sentence are **AFFIRMED**.